IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
NORMAN McCULLOUGH,              )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      3:09cv1038-MHT
                                )           (WO)
PLUM CREEK TIMBERLANDS,         )
L.P.                            )
                                )
    Defendant.                  )
```

JUDGMENT

Counsel for defendant having orally informed the court that the defendant does not object, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's motion to dismiss interpleader and for reimbursement of funds (doc. no. 25) is granted.

(2) This cause is dismissed in its entirety, with the parties to bear their own costs.

(3) This federal court approves the return and reimbursement of the funds interpled by the plaintiff in state court.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 6th day of May, 2010.**

                                         /s/ Myron H. Thompson  
                                   **UNITED STATES DISTRICT JUDGE**